UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

TROY GILLIARD,

          Supervisee.

No. 10-cr-1143 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      IT IS HEREBY ORDERED that Supervisee Troy Gilliard shall appear before this Court on Monday, March 8, 2021 at 11:00 a.m. to be presented on the specifications of violation of supervised release alleged by the Probation Office.  In light of the ongoing COVID-19 pandemic, IT IS HEREBY ORDERED THAT by Wednesday, March 3, 2021, Gilliard and his counsel of record shall inform the Court in writing whether Gilliard prefers to appear in person or remotely via videoconference.  If the latter, counsel shall review with Gilliard the attached Waiver of Right to be Present at Criminal Proceeding form, which shall then be executed and submitted to the Court.  The Court will then issue further instructions concerning the requested videoconference.

SO ORDERED.

Dated:     February 27, 2021
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

                -v-                                  **WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

TROY GILLIARD,

                        Supervisee.                          10-CR-1143 (RJS)

-----------------------------------------------------------------X

___     Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date:        _____
                  Signature of Defendant

                  _____
                  Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date:        _____
                    Signature of Defense Counsel

                  _____
                  Print Name

**Accepted:**    _____
                  Signature of Judge
                  Hon. Richard J. Sullivan
                  UNITED STATES CIRCUIT JUDGE
                  Sitting by Designation

                  Date: