UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

TROY GILLIARD,

          Supervisee.

---

No. 10-cr-1143 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    As indicated in the record, a presentment on the specifications of Mr. Gilliard's alleged violation of supervised release will take place on Monday, March 8, 2021 at 11:00 a.m. (Doc. No. 64). The Court is in receipt of defense counsel's letter, dated March 4, 2021, and signed Waiver of Presence Form indicating that Supervisee Gilliard consents to proceed remotely in this matter. Accordingly, IT IS HEREBY ORDERED THAT the presentment shall take place via videoconference. Chambers will email the parties directly in due course with further instructions for accessing the videoconference. Members of the public may monitor the proceeding via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:    March 4, 2021
             New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 4, 2021

**BY EMAIL**

Honorable Richard J. Sullivan
United States Circuit Judge
Second Circuit Court of Appeals
40 Foley Square
NY, NY 10007

**RE:** **United States v. Troy Gilliard**, 10 Cr. 1143 (RJS)

Dear Judge Sullivan:

     I write to inform that Court that the defense prefers to appear virtually for the conference on March 8, 2021, in light of the ongoing COVID-19 pandemic. Enclosed please find a copy of a Waiver of the Right to Be Present form that I have signed on behalf of myself and Mr. Gilliard, in accordance with Standing Order M10-468, 20-mc-174 (CM).

                                       Respectfully Submitted,

                                            /s/
                                       Peggy Cross-Goldenberg
                                       Assistant Federal Defender
                                       646-588-8323

Encs.:/