UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -v-

TROY GILLIARD,

          Supervisee.

No. 10-cr-1143 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    As the Court previously ordered, Gilliard's sentencing will take place on Tuesday, May 11, 2021 at 11:00 a.m.  In light of the ongoing COVID-19 pandemic, Gilliard shall submit a letter by April 30, 2021 informing the Court as to whether he prefers for his sentencing to occur in person or remotely via videoconference.  If the latter, defense counsel shall review with Gilliard the attached Waiver of Right to be Present at Criminal Proceeding form, which shall then be executed and submitted to the Court.  Members of the public may monitor the proceeding via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:    April 26, 2021
        New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

TROY GILLIARD,

Supervisee.
----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT
CRIMINAL PROCEEDING**

**10-CR-1143 (RJS)**

\_\_\_     Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic.   I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date: _____        _____
                      Signature of Defendant


                      _____
                      Print Name


I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.


Date: _____        _____
                      Signature of Defense Counsel


                      _____
                      Print Name


**Accepted:**       _____
                    Signature of Judge
                    Hon. Richard J. Sullivan
                    UNITED STATES CIRCUIT JUDGE
                    Sitting by Designation

                    Date:

2