UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>TROY GILLIARD,<br><br>                Supervisee. | No. 10-cr-1143 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a letter from Supervisee's counsel, dated May 7, 2021, regarding proposed next steps in this matter. IT IS HEREBY ORDERED THAT the conference scheduled for May 11, 2021 at 11:00 a.m. will proceed as a status conference at which either (1) the Supervisee will admit to the specifications set forth in Probation's report dated February 26, 2021, or (2) the Court will schedule a hearing on the disputed violations. In no event will the Court proceed to sentencing at the May 11, 2021 conference.

SO ORDERED.

Dated:     May 10, 2021
             New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation